NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JACOB HERC, )
                   )
         Appellant, )
                   )
v. )        Case No. 2D17-3616
                   )
STATE OF FLORIDA, )
                   )
         Appellee. )
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kim Campbell, Judge.


PER CURIAM.


         Affirmed.


KELLY, KHOUZAM, and BADALAMENTI, JJ., Concur.